■ In the Matter of SHEILA ROGERS, Respondent, v JEROME GILBERT, Appellant. (Appeal No. 2.) [627 NYS2d 609] —Appeal unanimously dismissed without costs. Same Memorandum as in Matter of Rogers v Gilbert (214 AD2d 956 [decided herewith]). (Appeal from Order of Monroe County Family Court, Kane, J. —Commitment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.